**FILED**
**MAY 1 0 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kary Lightner
Fed. Reg. No. 04619-000
Rivers Correctional Institution
Post Office Box 630
Winton, North Carolina 27986-0630
      Plaintiff,

v.

Federal Bureau of Prisons
320 First Street NW
Washington, D.C. 20534
      Defendant.

CASE NUMBER 1:06CV00881

JUDGE: Ellen Segal Huvelle

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 05/10/2006

## PLAINTIFF'S COMPLAINT REQUESTING RELIEF PURSUANT TO THE FREEDOM OF INFORMATION ACT TITLE 5 U.S.C. § 552 et seq.

COMES NOW, Plaintiff Kary Lightner, moving pro se, and hereby respectfully requests this Honorable Court to compel the Federal Bureau of Prisons to relinquish to him the specifically requested documents outlined in Plaintiff's Freedom of Information Act Request. This Court has jurisdiction to entertain this complaint pursuant to Title 5 U.S.C. § 552(a)(4)(B) (West. Supp. 2005). The District Court in <u>Gallace v. U.S. Dept. of Agriculture</u>, 273 F.Supp.2d 53, 58 (D.D.C. 2003). In support of this complaint, Plaintiff asserts the following:

    1. Plaintiff is a District of Columbia Code offender, confined at Rivers Correctional Institution pursuant to a contract between the Bureau of Prisons ("BOP") and the GEO group. See D.C. Code § 24-101(b) (2001).

**RECEIVED**
APR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1 of 3

2. On or about March 2, 2006, Plaintiff sent a Freedom of Information act ("FOIA") request to the care of Wanda M. Hunt, Chief, FOIA/Pa section of the BOP. The FOIA request was sent to the BOP's office via the United States Postal Service's certified mail no. 7000 1530 0004 8493 1489. See D.C. Code § 14-506 (West. 2001) (certified mail return receipt as prima facie evidence of delivery). So v. 514 10th Street Associates, L.P., 834 A.2d 910, 914 n.3 (D.C. 2003); Associated Estates, LLC v. Caldwell, 779 A.2d 939, 944 (D.C. 2001). A response to the F.O.I.A. request was due by April 13, 2006. See Exhibit One.

3. Within Plaintiff's March 2, 2006 FOIA request, he specifically requested the following items as outlined below:

> A. A copy of all the original 2000 contract (J1PCc-005), and the subsequent contract (J1PCc-002) between the Bureau of Prisons ("BOP") and the Wackenhut Corrections Corporation (now known as "Global Experts In Outsourcing"), with respect to the construction and operation of Rivers Correctional Institution, 145 Parkers Fishery Road, Winton, North Carolina 27986.

As of this instant complaint, the BOP has failed to relinquish the requested documents to Plaintiff within the twenty (20) day window authorized by Title 5 U.S.C. § 552(a)(6)(A)(i) (West. 2005). Judicial Watch, Inc. v. Rossotti, 326 F.3d 1309, 1210 (D.C. Cir. 2003); Judicial Watch Inc. v. Naval Observatory, 160 F.Supp.2d 111, 112-113 (D.D.C. 2001).

4. Plaintiff clearly described the documents sought in accordance with the BOP's regulation. Cf. 28 C.F.R. § 513.61(c) (2004). The FOIA request was advanced to the BOP's office in good faith. Because of the BOP's inaction with regard to the Plaintiff's March 2, 2006 FOIA request, and their slighting of 28 C.F.R. § 513.61(c), this Court has the unfetted authorization to compel the BOP to relinquish to Plaintiff the documents outlined in paragraph 3 of this complaint. See chiefly Title 5 U.S.C. § 552(a)(4)(B). Gallace v. U.S. Dept. of Agriculture, 273 F.Supp.2d at 58 (D.D.C. 2003).

5. Enclosed with this instant is Plaintiff's requisite

application to proceed in forma pauperis. See 28 U.S.C. § 1915 et seq. The Court is requested to consider this complaint as timely filed, and to suspend any and all prospective unexhausted BOP remedies during the pendency of this action. See <u>McCall v. U.S. Marshalls Service</u>, 36 F.Supp.2d 3, 5 (D.D.C. 1999).

RELIEF SOUGHT

Plaintiff is seeking the following releif:

**A.** An order from the Court enjoining the BOP to relinquish to him all the documents outlined in paragraph 3 of this complaint within ten (10) days of the Court's mandate; and,

**B.** An order from the Court enjoining the BOP to reimburse Plaintiff for the entire court filing fee, and for any and all costs that Plaintiff may incur during the course of this action.

**WHEREFORE,** Plaintiff prays that the Court will grant him the relief that he is respectfully seeking, in an expeditious manner.

Respectfully submitted,

/s/ _____
Kary Lightner

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief. See Title 28 U.S.C. § 1746 (West Rev. Ed. 2005).

Executed on 4/17/2006      /s/ _____
Kary Lightner

Kary Lightner
Fed. Reg. No. 04619-000
Rivers Correctional Institution
Post Office Box 630
Winton, North Carolina 27986-0630

March 2, 2006  VIA CERTIFIED MAIL NO.
7000 1530 0004 8493 1489

Wanda M. Hunt
Chief, FOIA/PA Section
Federal Bureau of Prisons
320 First Street N.W., Room 843
HOLC Building
Washington, DC 20534

  Re: Request for BOP documents and contract Pursuant to the F.O.I.A., Title 5 U.S.C. § 552 et seq., and 28 C.F.R. § 16.3(b) (2004).

Dear Ms. Hunt:

This instant one (1) part request is for the following:

1. A copy of **all** the **original 2000 contract** (J1PCc-005), and the subsequent contract (J1PCc-002) between the Bureau of Prisons ("BOP") and the Wackenhut Corrections Corporation (now known as "Global Experts In Outscoring"), with respect to the construction and operation of Rivers Correctional Institution, 145 Parkers Fishery Road, Winton, North Carolina 27986.

This request is presented to you in accordance with Title 5 U.S.C. § 552 (West. 1996) and 28 C.F.R. § 16.3(b) (2004). I am requesting that your office waive all costs for the searching and copying of the foregoing contract and B.O.P. documents. See Title 5 U.S.C. § 552(a)(4)(i) (West. 2004). Importantly, a response to this request for information is required within twenty (20) days. See Title 5 U.S.C. § 552(a)(6)(A)(i) (West. 2004), and 28 C.F.R. §§ 513.68 and 513.64(b) (2004).

Thank you for your cooperation in this matter.

Sincerely,

*Kary Lightner* (signature)
Kary Lightner

Exhibit ONE

06 0881

FILED
MAY 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.  See Title 28 U.S.C. § 1746.

Executed on:  3 / 2 /2006          _____
                                    Kary Lightner

Page 2 of 2



Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 1530 0004 8493 1489**
Status: **Delivered**

Your item was delivered at 10:13 am on March 13, 2006 in WASHINGTON, DC 20534.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )   ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

 POSTAL INSPECTORS          site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Kary Lighter #04619-000 D3

| | |
|---|---|
| Postage | $ 39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 2.79 |

Sent To: Wanda M. Hunt
Street, Apt. No.; or PO Box No.: 320 First Street N.W, R-843
City, State, ZIP+ 4: Wash, D.C. 20534

PS Form 3800, May 2000          See Reverse for Instructions

7000 1530 0004 8493 1489